BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
CHRISTOPHER L. LARSON (CSB No. 308247)
clarson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

JONATHAN T. MCMICHAEL (CSB No. 304737)
jmcmichael@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant
PANDORA MEDIA, LLC

E-FILED 9/16/19
JS-6
Motion #22 remains on calendar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>   Plaintiff,<br><br> v.<br><br>PANDORA MEDIA, INC.,<br><br>   Defendant. | Case No.: 2:19-cv-04371-PSG-AS<br><br>[~~PROPOSED~~] **FINAL JUDGMENT** |

On August 22, 2019, the Court entered an Order granting Defendant Pandora Media LLC's ("Pandora") Motion to Dismiss for Failure to State a Claim (Dkt. No. 21) and finding all claims of U.S. Patent Nos. 10,277,675 ("the '675 patent"), 9,380,112 ("the '112 patent"), 9,712,614 ("the '614 patent"), and 9,736,238 ("the '238 patent") invalid. Pursuant to that Order, the Court hereby enters judgment in favor of Pandora on all claims.

Accordingly, the Court dismisses this case with prejudice.

IT IS SO ORDERED.

Dated this 13th day of September, 2019.

**PHILIP S. GUTIERREZ**
Honorable Philip S. Gutierrez
United States District Court Judge